(128 App. Div. 76.)

TARANTO v. NORTH GERMAN LLOYD S. S. CO.

(Supreme Court, Appellate Division, Second Department. October 9, 1908.)

Appeal from Trial Term, Kings County.

Action by Antonio Taranto against the North German Lloyd Steamship Company. From a judgment for defendant, and from a motion denying a new trial, plaintiff appeals. Affirmed.

Argued before WOODWARD, JENKS, HOOKER, GAYNOR, and MILLER, JJ.

Nelson L. Keach, for appellant.
Joseph Larocque, Jr., for respondent.

WOODWARD, J. This is an action to recover for loss of services of the plaintiff's wife, who was shot by a passenger on board one of the defendant's

steamships, due, it is claimed, to the wrongful act of one of the defendant's
servants. The action by the wife for personal injuries resulted in a verdict
for the defendant, and with that judgment sustained on appeal (Rosa Taranto
v. North German Lloyd Steamship Company [decided herewith] 112 N. Y.·
Supp. 499) there is an end of the husband's cause of action.

The judgment and order appealed from should be affirmed.

Judgment and order unanimously affirmed, with costs. All concur.